UNITED STATES of America,
Plaintiff–Appellee,

v.

Amador VALENTIN, a.k.a. Herminio Aviles, Jr., a.k.a. Herminio Aviles,
Defendant–Appellant.

No. 05–13759
Non–Argument Calendar.
D.C. Docket No. 98–00562–CR–FAM.

United States Court of Appeals,
Eleventh Circuit.

March 27, 2006.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Miguel Caridad, Kathleen M. Williams, Miami, FL, for Defendant–Appellant.

Before DUBINA, HULL and HILL, Circuit Judges.

PER CURIAM:

Amador Valentin appeals the district court's denial of his motion to recommend

to the bureau of prisons that he serve his federal sentence at a state facility, which he filed six years after his conviction became final. Miguel Caridad, appointed counsel for Valentin, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Valentin's motion is **AFFIRMED**.